UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE NEIMAN MARCUS GROUP, INC.; BERGDORF GOODMAN, INC.; AND NM NEVADA TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DOTSTER, INC. A/K/A REVENUEDIRECT; AND SCOTT FISH,<br><br>Defendants. | NO. C06-5292RBL<br><br>ORDER |

Good Cause appearing therefore, IT IS HEREBY ORDERED that the Motion for Leave to Amend and Supplement Complaint filed by Plaintiffs, the Neiman Marcus Group, Inc., Bergdorf Goodman, Inc., and NM Nevada Trust, is GRANTED.  Plaintiffs may file an amended and supplemental Complaint in a form substantially identical to Exhibit A attached to Plaintiffs' Motion for Leave.

**IT IS SO ORDERED:**   DATED: November 21, 2006

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE