THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE NEIMAN MARCUS GROUP, INC.; BERGDORF GOODMAN, INC.; AND NM NEVADA TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> DOTSTER, INC. A/K/A REVENUEDIRECT; REGISTRARADS, INC.; AND SCOTT FISH, <br><br> Defendants. | NO. C06-5292RBL <br><br> **DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## DECLARATION OF DAVID J. STEELE

I, David J. Steele, declare as follows:

1. I am an attorney with the law firm of Christie, Parker & Hale, LLP, counsel of record for Plaintiffs The Neiman Marcus Group, Inc., Bergdorf Goodman, Inc. and NM Nevada Trust (collectively, "Plaintiffs"). The matters set forth below are of my personal knowledge and, if called as a witness, I would testify competently to each of the following facts.

2. In October 2006, I prepared a list of some of the domain names registered by Defendants which are identical or confusingly similar to the famous trade names, trademarks and

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 1

**Perkins Coie LLP**
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

service marks NEIMAN-MARCUS, NEIMAN MARCUS and BERGDORF GOODMAN (collectively, "Plaintiffs' Famous Marks"). The list included the following 34 domain names:

| | | | |
|---|---|---|---|
| 1. | bergdorfgoddman.com | 18. | neimanns.com |
| 2. | bergdorfgoodmon.com | 19. | neimanscatalog.com |
| 3. | bergdorfgoogman.com | 20. | neimansjewlery.com |
| 4. | bergerdorfgoodman.com | 21. | neimenmarus.com |
| 5. | bergmangoodman.com | 22. | neimumarcus.com |
| 6. | borgdorfgoodman.com | 23. | nelmanmarcus.com |
| 7. | emanmarcus.com | 24. | nemammarcus.com |
| 8. | marcusneimen.com | 25. | nemimarcus.com |
| 9. | neamannmarcus.com | 26. | neminnmarcus.com |
| 10. | nehmanmarcus.com | 27. | nemninmarcus.com |
| 11. | nehminmarcus.com | 28. | neumanmarcos.com |
| 12. | neimanmaracus.com | 29. | neumenmarcus.com |
| 13. | neimanmarcurs.com | 30. | newmenmarcus.com |
| 14. | neimanmarcuse.com | 31. | nhminmarcus.com |
| 15. | neimanmarcuslastchance.com | 32. | niemanstores.com |
| 16. | neimanmarisu.com | 33. | ninemmarcus.com |
| 17. | neimanmarqus.com | 34. | niumanmarcus.com |

3. I obtained the whois data for many of these domain names from the .com registry operator, and where available from the registrar, Dotster. For many of these confusingly similar domain names, Dotster fails to provide any whois data. For other confusingly similar domain names, Doster merely lists the registrant as "c/o the domain name" and does not list the name of the registrant. Whois data for many of these domain names (or, more accurately, the lack of whois data) is attached to Plaintiffs' First Amended and Supplemental Complaint as Exhibit 8, and is attached to this Declaration as Exhibit 1. The statement "No match for [domain name]" reflects the absence of any information regarding the name or address of the registrant of the domain name.

4. In support of Plaintiffs' Original Complaint, I prepared a list of some of the domain names registered by Defendants which are identical or confusingly similar to other famous marks. Because of the large number of these domain names, I only included one famous mark for each letter of the alphabet (i.e., Abercrombie and Fitch, Bally's Total Fitness, Cingular

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 2

Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

Wireless, Disney, Expedia, etc.). This list of infringing domain names, which includes almost one thousand names, is attached to Plaintiffs' Original Complaint as Exhibit 6, and is attached to this Declaration as Exhibit 2.

5. In support of Plaintiffs' Original Complaint, I viewed numerous websites available at domain names registered by Defendants which are confusingly similar to Plaintiffs' Famous Marks. Defendants hosted websites at most of these domain names which (1) displayed links featuring goods or services directly competitive with those sold or provided by Plaintiffs, a link that read "Offer to Buy This Domain," and (2) displayed pop-up advertisements. Clicking on the link that read "Offer to Buy This Domain" created an email addressed to domains@gmail.com. I prepared screen shots of each website and pop-up advertisement displayed. These screen shots were attached to Plaintiffs' Original Complaint as Exhibit 9 and Exhibit 10, and are attached to this Declaration as Exhibit 3 and Exhibit 4.

6. In March 2006, two domain names owned by Defendants -- garacey.com and bergmangoodman.com -- were purchased. The purchaser corresponded by email with the seller, Defendant Scott Fish ("Fish"), an employee of Dotster. After receiving the initial email sent to the domains@gmail.com address, Fish then used the email address domains@revenuedirect.com. Copies of the correspondence regarding the purchase of garacey.com and bergmangoodman.com are attached to this Declaration as Exhibit 5 and Exhibit 6, respectively.

7. Fish instructed that payments for the sale of the domain names could be sent via paypal or that a check could be made payable to "DOMAIN REGISTRATION" and sent to Fish at 8100 NE Parkway Drive, Suite 300, Vancouver, Washington 98662, which is the same address as Dotster. Although the check was made payable to DOMAIN REGISTRATION, the check was stamped with Dotster's banking stamp, including Dotster's bank account number, and deposited into Dotster's account. A copy of one payment check, with Dotster's account number redacted, is attached to this Declaration as Exhibit 7.

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 2

**Perkins Coie** LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

8. On January 21, 2006, I wrote an email to Defendants' legal counsel, Ravi Puri, and informed him that Defendants' registration of neimanmarqus.com infringed The Neiman Marcus Group, Inc.'s rights. in the NEIMAN MARCUS mark. A copy of the January 21, 2006 email is attached to this Declaration as Exhibit 8.

9. On January 22, 2006, Mr. Puri replied to my email and (a) acknowledged The Neiman Marcus Group, Inc.'s trademark rights and (b) agreed to delete or transfer the neimanmarqus.com domain name to Plaintiffs. A copy of the January 22, 2006 email is attached to this Declaration as Exhibit 9.

10. On January 23, 2006, Mr. Puri, in response to my questions, informed me by email that Dotster was not the registrant of the neimanmarqus.com domain name and that Dotster did not know the identity of the registrant. Mr. Puri's statement is inaccurate and misleading. A copy of the January 23, 2006 email is attached to this Declaration as Exhibit 10.

11. After receiving notice on January 22, 2006, of The Neiman Marcus Group, Inc.'s trademark rights, Defendants continued registering or renewing domain names confusingly similar to those famous marks, including neamannmarcus.com; neimanmaracus.com; neimanmarcuse.com; neimanmarcuslastchance.com; neimanmarisu.com; neimanns.com; neimansjewelry.com; nemammarcus.com; nemninmarcus.com; neumanmarcos.com; neumenmarcos.com; newmenmarcus.com; ninemmarcus.com; and emanmarcus.com.

12. After being served with Plaintiffs' Original Complaint on June 1, 2006, Defendants continued registering domain names which are confusingly similar to Plaintiffs' Famous Marks. For example, on October 13, 2006, Defendants registered neimanscatalog.com and niemanstores.com.

13. After being served with Plaintiffs' Original Complaint on June 1, 2006, Defendants also continued registering domain names which are confusingly similar to the famous marks listed in Exhibit 6 of Plaintiffs' Complaint (i.e., Abercrombie and Fitch, Bally's

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 3

Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

Total Fitness, Cingular Wireless Disney, Expedia, etc.). The following is a list of domain names registered or renewed by Defendants, after receiving service of Plaintiffs' Original Complaint:

aberconbiandficth.com
abercrumbieandfinch.com
ballyhealthspa.com
ballynutrient.com
disneyblockoutdates.com
disneycampground.com
disneychammle.com
disneychanelchanel.com
disneychanelsohotsummer.com
disneychannelauditions.com
disneychannelfathersday.com
disneychannelhotsummer.com
disneychannelnnel.com
disneychannelsohotsummer.com
disneychannel-sohotsummer.com
disneychannelssohotsummer.com
disneyfireworks.com
disneylandcaliforniaadventures.com
disneylandcruises.com
disneylandland.com
disneyporncollection.com
disneyprencess.com
disneysgrandcaliforniahotel.com
disneysohotsummer.com
disneyworldcampgrounds.com
expedee.com
expediance.com
google-satellite.com
googlesexoffender.com
googletrace.com
jcp-photo.com
marriop.com
marriotcouryard.com
neimanscatalog.com
niemanstores.com
playboymanshen.com
randmcannly.com
searsesential.com
searsphot.com
searsphotgraphy.com

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 4

**Perkins Coie** LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

searspicturestudio.com
searsscratchanddent.com
toyotaofnorthampton.com
toyotarentals.com
toyotasoutheast.com
unitediar.com
walmartdistributioncenters.com
walmartexpress.com
xmdelphi.com
xmsatliteradio.com

Copies of the registry whois data for each domain name is attached to this Declaration as Exhibit 11. Registry whois data for .com domain names does not contain the contact data typically provided by the registrar.

14. As of October and November 2006, Defendants failed to provide any whois data for many of the domain names they registered. Copies of the registry and registrar whois data for some of the domain names which Defendants failed to provide any whois data for are attached to this Declaration as Exhibit 12.

15. For many of the domain names Defendants registered, Dotster merely lists the registrant as "c/o the domain name" and does not list the actual name of the registrant. A copy of the registry and registrar whois data for ballyhealthspa.com, one such example, is attached to this Declaration as Exhibit 13.

16. I was advised by counsel for Defendants Dotster and Scott Fish, Vincent V. Carissimi, that "RegistrarAds, Inc." was the affiliate for whom Dotster registered the domain names listed in the Complaint.

17. On December 8, 2006, I printed sections 3.3.1.6 and 3.3.1.7 from the *Registrar Accreditation Agreement*, which was available at http://www.icann.org/registrars/ra-agreement-17may01.htm. Copies of both sections are attached to this Declaration as Exhibit 14.

/ / /

/ / /

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 5

Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

1-51 in left margin

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 8, 2006.

_____
David J. Steele

DECLARATION OF DAVID J. STEELE
IN SUPPORT OF PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION- 6

Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Phone: (503) 727-2000
Fax: (503) 727-2222

# CERTIFICATE OF SERVICE

On December 12, 2006, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents:

**DECLARATION OF DAVID J. STEELE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| | | |
|---|---|---|
| Jamie C. Clausen | ___ | Via hand delivery |
| **COZEN O'CONNOR** | ___ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 1201 Third Avenue, Suite 5200 | ___ | Via Overnight Delivery |
| Seattle, Washington 98101 | ___ | Via Facsimile |
| Attorneys for Defendants | **X** | Via E-filing |
| Robert W. Hayes | ___ | Via hand delivery |
| **COZEN O'CONNOR** | ___ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 1900 Market Street | ___ | Via Overnight Delivery |
| Philadelphia, Pennsylvania 19103 | ___ | Via Facsimile |
| Attorneys for Defendants | **X** | Via E-filing |
| Vincent V. Carissimi | ___ | Via hand delivery |
| Michael J. Leonard | ___ | Via U.S. Mail, 1st Class, Postage Prepaid |
| **PEPPER HAMILTON LLP** | ___ | Via Overnight Delivery |
| 3000 Two Logan Square | ___ | Via Facsimile |
| Eighteenth and Arch Streets | **X** | Via E-filing |
| Philadelphia, Pennsylvania 19103-2799 | | |
| Attorneys for Defendants | | |

I certify under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct.

DATED at Portland, Oregon, this 12th day of December, 2006.

s/ Sarah J. Crooks, WSBA No. 97151
SCrooks@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiff
The Neiman Marcus Group, Inc., Bergdorf Goodman, Inc., NM Nevada Trust

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

61211-0001/LEGAL12883381.1