THE HONORABLE RONALD B. LEIGHTON



06-CV-05292-ORD

FILED ___ LODGED
___ RECEIVED

MAR 22 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE NEIMAN MARCUS GROUP, INC.; BERGDORF GOODMAN, INC.; AND NM NEVADA TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>DOTSTER, INC. A/K/A REVENUEDIRECT; REGISTRARADS, INC.; AND SCOTT FISH<br><br>Defendants. | NO. C06-5292RBL<br><br>STIPULATED PERMANENT INJUNCTION AND [PROPOSED] ORDER AND JUDGMENT<br><br>Note for Motion Calendar: March 21, 2007 |

It is hereby stipulated and agreed by and between The Neiman Marcus Group, Inc., NM Nevada Trust, and Bergdorf Goodman, Inc, (collectively "PLAINTIFFS"), and Dotster, Inc., RegistrarAds, Inc., and Scott Fish (collectively "DEFENDANTS"), by and through their undersigned counsel, as follows:

PLAINTIFFS own and/or license NEIMAN MARCUS and BERGDORF GOODMAN as trade names, and trade and service marks (collectively, "PLAINTIFFS' MARKS").

DEFENDANTS, their officers, agents, servants, employees, DEFENDANTS' affiliates, future entities acquired by DEFENDANTS and their affiliates, and each of them collectively, and all persons in active concert or participation with them who receive actual notice of this Order, shall be, and hereby are, permanently enjoined from registering, trafficking in or using, as a registrant, any domain name that is identical or confusingly similar to PLAINTIFFS' MARKS,

and knowingly participating with or directing the activities of third parties to do the same. No enjoined person violates this Order by providing services to third parties which are widely available in the ordinary course of business to the majority of customers using the enjoined party's services. Any entity which acquires DEFENDANTS, or any of their affiliates, shall not itself be subject to this injunction, however, the injunction shall continue to be in effect against DEFENDANTS, or their affiliates, to the extent they continue under different auspices to maintain ongoing business operations in substantially the same form using substantially the same assets, but only as to such assets.

All parties consent to the electronically filed signatures within this Stipulated Permanent Injunction.

Respectfully submitted this 21st day of March, 2007.

By: s/ Sarah J. Crooks
    Sarah J. Crooks, WSBA 35997
    Attorneys for Plaintiffs The Neiman
    Marcus Group, Inc., Bergdorf Goodman,
    Inc., NM Nevada Trust
    **PERKINS COIE LLP**
    1120 NW Couch Street, 10th Fl.
    Portland, OR 97209
    Tel.: 503-727-2000
    Fax.: 503- 727-2222
    E-mail: SCrooks@perkinscoie.com

By s/ Jamie C. Clausen
    Jamie C. Clausen, WSBA No. 31765
    Attorneys for Defendants Dotster, Inc.
    aka RevenueDirect and Scott Fish
    **COZEN O'CONNOR**
    1201 Third Avenue, Suite 5200
    Seattle, Washington 98101
    Tel.: 206-340-1000
    Toll Free: 800-423-1950
    Fax.: 206-621-8783

By: s/ David J. Steele
    David J. Steele (admitted *Pro Hac Vice*)
    Howard A. Kroll (admitted *Pro Hac Vice*)
    **CHRISTIE, PARKER & HALE, LLP**
    3501 Jamboree Road
    Suite 6000 - North Tower
    Newport Beach, CA 92660
    Tel.: 949-476-0757
    Fax: 949-476-8641
    E-mail: david.steele@cph.com
    E-mail: hak@cph.com

By s/ Robert W. Hayes
    Robert W. Hayes (*Pro Hac Vice* pending)
    Attorneys for Defendants Dotster, Inc.
    aka RevenueDirect and Scott Fish
    **COZEN O'CONNOR**
    1900 Market Street
    Philadelphia, Pennsylvania 19103
    Tel.: 215-665-2000
    Fax.: 215-665-2013

## ORDER AND JUDGMENT

Upon stipulation of the parties, and good cause appearing, therefore, IT IS **ORDERED, ADJUDGED, AND DECREED.**

Dated: March 22, 2007

_____
Honorable Ronald B. Leighton
United States District Judge